UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   Case No. 2:07-cr-00444

      Plaintiff,

  v.   **ORDER FOR RELEASE OF PERSON IN CUSTODY**

JACK MORRISON,

      Defendant.
_____/

TO: THE UNITED STATES MARSHAL SERVICE.

This is to authorize and direct you to release JACK MORRISON, Case No. 2:07-cr-00444, from custody for the following reasons:

    ____    Release on Personal Recognizance

    ____    Bail Posted in the Sum of $____

    ____    Unsecured Appearance Bond

    ____    Appearance Bond with 10% Deposit

    ____    Appearance Bond with Surety

    ____    Corporate Surety Bail Bond

    _X_    (Other): Pursuant to the Court's Order and Judgment of time served.

Issued in Sacramento, California on March 27, 2012.

Dated: March 27, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE